UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **RACHELLE JOHNSON** | * | CIVIL ACTION NO. 2:23-cv-02792 |
| Plaintiff, | * | |
| | * | JUDGE/SECTION: |
| vs. | * | LANCE M. AFRICK / I |
| | * | |
| **TOWER HILL PRIME** | * | MAGISTRATE/DIVISION: |
| **INSURANCE COMPANY** | * | MICHAEL B. NORTH / 5 |
| Defendant. | * | |

**************************************

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

**NOW INTO COURT,** through undersigned counsel, comes Plaintiff, Rachelle Johnson, and Defendant, Tower Hill Prime Insurance Company, who hereby stipulates and agrees that this matter has been amicably resolved, and that the above-referenced cause may be dismissed with prejudice, with each party to bear its own costs and attorneys' fees.

Dated: March 28, 2024.                Respectfully Submitted:

*/s/ Jonathan E. Ley*
Jonathan E. Ley, Esq. LSBA No. 34869
Kelley Kronenberg, PA
400 Poydras Street, Suite 2400
New Orleans, Louisiana 70130
(504) 208-9055
Email: jley@kelleykronenberg.com
*Counsel for Defendant, Tower Hill Prime Insurance Company*

*/s/ Brian J. Houghtaling*
Brian J. Houghtaling, Esq. LSBA No. 30258
Houghtaling Law Firm, LLC
3850 North Causeway Blvd., Suite 1090
Metairie, LA 70002
(504) 901-6767
Email: brian@houghtalinglaw.com
*Counsel for Plaintiffs*

1